UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11CR196 JCH |
| ) | (FRB) |
| VICONTO LANORZ JOHNSON, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

      Presently pending before the court is a Motion To Proceed In Forma Pauperis And Financial Affidavit (Docket No. 389) filed by defendant Viconto Lanorz Johnson. The motion was referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b).

      The motion was apparently filed in error. In the motion Viconto Lanorz Johnson asserts that he is the plaintiff in this cause, that he is entitled to relief, and that he is unable to pay the costs of this proceeding or to give security therefor. He asks leave to proceed without prepayment of fees or costs and without giving security therefor. Viconto Lanorz Johnson is a defendant in this criminal case. He has asked for, and been appointed counsel to represent him pursuant to the Criminal Justice Act. He has filed a Financial Affidavit in support of his request for appointment of counsel.

Therefore,

**IT IS HEREBY ORDERED** that defendant Viconto Lanorz Johnson's Motion To Proceed In Forma Pauperis (Docket No. 389) is denied.

_Frederick R. Buckles_
UNITED STATES MAGISTRATE JUDGE

Dated this 7th day of March, 2012.