UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:11CR196 JCH |
| | ) | |
| ROBBIN CROSKEY, | ) | |
| | ) | |
| Defendant(s). | ) | |

## **ORDER**

This matter is before the Court upon its review of the record. During a hearing on February 27, 2012, the Court advised Defendant Robbin Croskey that because she was represented by counsel, she was not permitted to file pro se motions. (See ECF No. 377). Despite this admonition, on March 6, 2012, Defendant Croskey filed a pro se Motion to Strike, and a Motion Requesting Leave to File Out of Time Pro Se Objections to Order, Report and Recommendation of United States Magistrate Judge Entered on 1/9/12. (ECF Nos. 415, 416). Defendant Croskey simultaneously filed a Motion Requesting Termination of Gary E. Milone, her attorney, and a Motion for Appointment of Counsel. (ECF Nos. 396, 397).

Following a hearing on March 7, 2012, Magistrate Judge Frederick R. Buckles granted Defendant's Motion Requesting Termination of Gary E. Milone as counsel for Defendant Croskey. (ECF No. 404). Magistrate Judge Buckles further granted Defendant's Motion for Appointment of Counsel, and appointed attorney Henry Michael Miller, Jr. to represent Defendant Croskey in this matter. (Id.; ECF No. 405).

Upon consideration of the foregoing, the Court holds the prohibition against Defendant Croskey filing pro se motions and other materials in this matter remains in place.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Robbin Croskey's pro se Motion to Strike (ECF No. 415) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Robbin Croskey's Motion Requesting Leave to File Out of Time Pro Se Objections to Order, Report and Recommendation of United States Magistrate Judge Entered on 1/9/12 (ECF No. 416) is **DENIED**.

**IT IS FURTHER ORDERED** that any future pro se filings will be returned to Defendant Robbin Croskey, as the Court cannot accept filings from individuals who are represented by counsel.

Dated this   14th   day of March, 2012.


/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE