UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 11CR00196 JCH-DDN |
| VICONTO LANORZ JOHNSON, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Government's Second Motion for Complex Case Finding and to Continue the Trial Date Beyond the Limits Set by the Speedy Trial Act and for the reasons stated therein,

IT IS HEREBY ORDERED that the Government's Second Motion for Complex Case Finding and to Continue the Trial Date Beyond the Limits Set by the Speedy Trial Act is granted.

IT IS FURTHER ORDERED that pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (B)(i) and (ii), the Court finds that: (1) the case is so unusual or so complex that it is unreasonable to expect adequate preparation by newly appointed counsel for trial within the time limits established by the Speedy Trial Act and (2) that the failure to grant a continuance for newly appointed counsel to prepare for trial would result in a miscarriage of justice.

IT IS FURTHER ORDERED that Pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (B)(i) and (ii) and for the reasons stated in the Government's motion, the Court finds that the ends of justice served by setting the case for trial outside the limitations of

the Speedy Trial Act outweigh the best interest of the public and the defendants in a speedy trial and the failure to exclude this period would likely result in a miscarriage of justice.

_____
JEAN C. HAMILTON
UNITED STATES DISTRICT COURT JUDGE